Appellees Warren Norville, Richard G. Norville, Joseph D. Williams, and Miriam Morse applied for rehearing on the ground that this Court, in its opinion filed August 14, 1987, "erroneously concluded that the decree of the trial court was erroneous with respect to property not located within the Bar Pilot tract."
After reviewing the brief filed by the appellees, we are of the opinion that we should have affirmed the trial court's judgment with respect to the claim of these appellees to lands located outside the "Navy Cove tract." Our opinion is extended and our judgment hereby modified to do that.
OPINION EXTENDED; JUDGMENT MODIFIED; AFFIRMED, IN PART; REVERSED, *Page 1275 
IN PART; AND REMANDED; APPLICATION DENIED.
ALMON, BEATTY, ADAMS and HOUSTON, JJ., concur.